**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TED KENNEDY,<br><br>  Plaintiff,<br><br>v.<br><br>SOFI BANK, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:25-cv-02091-JLS-MAAx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO ENTIRE CASE [31]** |

Pursuant to the Stipulation for Dismissal With Prejudice of Entire Case filed on December 3, 2025, this Court having considered the stipulation hereby dismisses this action with prejudice as to the entire case.  Each party to bear its own fees and costs.  This Dismissal shall conclude this entire action.

IT IS SO ORDERED

DATE: December 3, 2025      BY: _____
                                                  Hon. Josephine L. Staton
                                                  United States District Judge